**KENTUCKY BAR ASSOCIATION,**
Complainant,

v.

**Donnie H. WHITE, Respondent.**

No. 90–SC–508–KB.

Supreme Court of Kentucky.

April 11, 1991.

Scott D. Majors, Kentucky Bar Ass'n, Frankfort, for complainant.

James T. Gilbert, Coy, Gilbert & Gilbert, Richmond, for respondent.

### ORDER OF SUSPENSION

This cause comes before the Court on request of respondent Donnie H. White for review of the recommendation of the Board of Governors of the Kentucky Bar Associa-tion that he be suspended from the practice of law for a period of three years. By a unanimous vote, the Board of Governors found respondent guilty of two counts of unethical and unprofessional conduct and ten members of the Board recommended the three-year suspension.

Respondent was found guilty of charging and collecting a clearly excessive fee in his representation of the Whitlock estate. Per-suasive evidence was presented of respon-dent's violation in this regard and we con-cur with the Board of Governors as to respondent's guilt.

Respondent was also found guilty of falsely answering an interrogatory sub-mitted to him as a party defendant in a civil action. The evidence on this issue is over-whelming that respondent's answer was in-deed false and we concur with the Board of Governors' determination of guilt.

The record reveals that respondent has been disciplined by the Kentucky Bar Asso-ciation on three prior occasions for ethical violations and received punishment in the form of a private admonition, a private reprimand and a public reprimand. In view of the foregoing and with due regard for the seriousness of the violations and re-spondent's prior record, respondent should be and is hereby suspended from the prac-tice of law in the Commonwealth of Ken-tucky for a period of three (3) years and is directed to pay the costs of this proceeding.

Within twenty (20) days from the date of entry of this order, respondent shall notify, pursuant to SCR 3.390, all clients and courts in which he has matters pending of his inability to represent such clients and shall furnish copies of the said letters of notice to the Director of the Kentucky Bar Association.

COMBS, LEIBSON, SPAIN and WINTERSHEIMER, JJ., concur.

LAMBERT, J., would impose a suspension of two (2) years.

REYNOLDS, J., would impose a suspension of one (1) year.

STEPHENS, C.J., not sitting.

ENTERED: April 11, 1991.

Charles M. Leibson
Acting Chief Justice